HAROLD W. SCHROEDER, PLAINTIFF-RESPONDENT, v. ROBERT W. ENGROFF *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 57 *N. J. Super.* 452.

*Messrs. Boyd, Dodd, Keer & Booth* for the petitioners.

*Mr. Harold W. Schroeder, pro se.*

January 4, 1960.   Granted.

THE ESSEX COUNTY PARK COMMISSION, PLAINTIFF-PETITIONER, v. THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF ESSEX *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 58 *N. J. Super.* 93.

*Messrs. Darby & McDonough* and *Mr. William G. Wood* for the petitioner.

*Mr. Nicholas T. Fernicola* and *Mr. George H. Callahan* for the respondents.

January 4, 1960.   Denied.